1
2
3
4
5   **IN THE UNITED STATES DISTRICT COURT FOR THE**
6   **EASTERN DISTRICT OF CALIFORNIA**
7
8   CLEVELAND GRABLE,                          )      NO. 1:10-CV-00991 AWI JLT
                                               )
9                          Plaintiff,          )      ORDER CLOSING THE CASE
                                               )      DUE TO VOLUNTARY
10          v.                                 )      DISMISSAL WITH PREJUDICE
                                               )
11  SIMM & ASSOCIATES, INC.,                   )
                                               )
12                         Defendant.          )
    _____   )
13
14          On July 15, 2010, Plaintiff filed a request for dismissal of this case with prejudice.   This
15  notice is made pursuant to  Federal Rule of Civil Procedure 41(a)(1)(i).
16          In Wilson v. City of San Jose, the Ninth Circuit explained:
17          Under Rule 41(a)(1), a plaintiff has an absolute right to voluntarily dismiss his
18          action prior to service by the defendant of an answer or a motion for summary
            judgment.  Concha v. London, 62 F.3d 1493, 1506 (9th Cir. 1995) (citing
19          Hamilton v. Shearson-Lehman American Express, 813 F.2d 1532, 1534 (9th Cir.
            1987)). A plaintiff may dismiss his action so long as the plaintiff files a notice of
20          dismissal prior to the defendant's service of an answer or motion for summary
            judgment.  The dismissal is effective on filing and no court order is required.  Id.
21          The plaintiff may dismiss some or all of the defendants, or some or all of his
            claims, through a Rule 41(a)(1) notice.  Id.; Pedrina v. Chun, 987 F.2d 608, 609-
22          10 (9th Cir. 1993).  The filing of a notice of voluntary dismissal with the court
            automatically terminates the action as to the defendants who are the subjects of
23          the notice.  Concha, 62 F.2d at 1506.  Unless otherwise stated, the dismissal is
            ordinarily without prejudice to the plaintiff's right to commence another action for
24          the same cause against the same defendants. Id. (citing McKenzie v. Davenport-
25          Harris Funeral Home, 834 F.2d 930, 934-35 (9th Cir. 1987)).  Such a dismissal
            leaves the parties as though no action had been brought.  Id.
26
27  ///
28  ///

Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).

No answers to Plaintiff's complaint and no motions for summary judgment have been filed in this case and it appears that no such answers or summary judgment motions have been served.  Because Plaintiff has exercised his right to voluntarily dismiss the complaint under Rule 41(a)(1), this case has terminated.  See Wilson, 111 F.3d at 692.

Therefore, IT IS HEREBY ORDERED that the Clerk is ordered to close this case in light of Plaintiff's Rule 41(a)(1)(i) requested dismissal with prejudice.


IT IS SO ORDERED.

Dated:    July 16, 2010                    _____

CHIEF UNITED STATES DISTRICT JUDGE

2